**Motions Granted; Affirmed and Memorandum Opinion filed April 3, 2014.**



In The

# Fourteenth Court of Appeals

---

### NOS. 14-13-00400-CR & 14-13-00401-CR

---

### JOHN DARIAN THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1317477 & 1373625**

---

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of aggravated robbery with a deadly weapon and aggravated sexual assault. After a pre-sentence investigation, on May 7, 2013, the trial court sentenced appellant to confinement for 60 years in the Institutional Division of the Texas Department of Criminal Justice in each case, with the sentences to be served concurrently. Appellant filed a timely notice of appeal in each case.

Appellant's appointed counsel filed a brief in which he concludes each appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response in each case. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant requested and was provided a copy of the record. Appellant also filed a pro se response in both cases to counsel's *Anders* brief.

We have carefully reviewed the record, counsel's brief, and appellant's pro se response and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the record. We need not address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).